IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANTE VASSER,<br><br>            Plaintiff,<br><br>    vs.<br><br>UNITED STATES MARSHALS SERVICE; SCOTT E. KRACL, individually and in his official capacity as United States Marshal for the District of Nebraska; and UNKNOWN UNITED STATES MARSHALS SERVICE DEPUTIES, EMPLOYEES, OR AGENTS, in their individual and official capacities,<br><br>            Defendants. | 8:23CV269<br><br>**ORDER ON MOTION FOR DISMISSAL OF DEFENDANT SCOTT E. KRACL** |

    This case is before the Court on Plaintiff's Motion for Dismissal of Defendant Scott E. Kracl. Filing 10. Plaintiff states that he moves the Court for leave to dismiss United States Marshal Scott E. Kracl, in his individual and official capacities, because on November 17, 2017, the date of the incident involved in this case, Marshal Kracl was not serving as the United States Marshal for the District of Nebraska. The Court agrees that dismissal of Marshal Kracl is appropriate. Accordingly,

    IT IS ORDERED that Plaintiff's Motion for Dismissal of Defendant Scott E. Kracl, Filing 10, is granted, and all Plaintiff's claims against Scott E. Kracl only are dismissed. All claims against all other named and unnamed parties are unaffected by this Order.

    Dated this 6th day of September, 2023.

                                                                            BY THE COURT:

                                                                            Brian C. Buescher
                                                                            United States District Judge